# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App., §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boggs, Danny J. | Sixth Circuit Court of Appeals | 5/13/04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Chief Judge (Active) | 5. ReportType (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>01/01/03 - 12/31/03 |
|---|---|---|
| 7. Chambers or Office Address<br><br>220 U.S. Courthouse Bldg.<br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Trustee | Foundation for Research on Economy & Environment |
| 2 Board Member | The Lexington School |
| 3 Executive Committee Member | American Bar Association, Appellate Judges Conference |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

2004 MAY 19 A 11: 48
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | Administrative Review Board, United States Department of Labor | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | American Bar Association, Appellate Judges Conference | 1/23-24 - Transportation, lodging and meals for Executive Committee Meeting in Dallas, Texas.. |
| 2 | American Bar Association, Appellate Judges Conference | 2/6-8 - Transportation, lodging and meals for mid-year meeting of American Bar Association in Seattle, Washington. |
| 3 | American Bar Association | 3/14-15 - Transportation, lodging and meals for American Bar Association, Environmental Law Section, Annual Environmental Law Conference in Keystone, Colorado. |
| 4 | University of Utah School of Law | 4/6-8 - Transportation, lodging and meals for self ▓▓▓▓▓ as David T. Lewis Distinguished Jurist in Residence in Salt Lake City, Utah. |
| 5 | Defense Research Institute | 4/30-5/1 - Transportation, lodging and meals for service as speaker on Appellate Advocacy at Seminar in Chicago, Illinois. |
| 6 | American Academy of Arts & Sciences | 5/15 -Transportation and meals as speaker at session of Committee on Congress, American Academy of Arts & Sciences in Washington, D.C. |
| 7 | George Mason University School of Law, Law and Economics Center | 6/26-29 -Transportation, lodging and meals for Conference on Thucydides at Yale, New Haven, Connecticut. |
| 8 | Ohio Federal Bar Association | 10/3 - Transportation as speaker at the Ohio Federal Bar Association's Bench-Bar Conference in Columbus, Ohio. |
| 9 | Federal Bar Association, Cleveland, Ohio | 11/5 - Transportation, lodging and meals as speaker at the Appellate Practice Program of the Federal Bar Association in Cleveland, Ohio. |
| 10 | Appellate Judges Education Institute, Dallas, Texas | 11/7-9 - Transportation, lodging and meals at meeting of Executive Committee in Dallas, Texas. |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Washington Mutual Northridge, CA | Mortgage loan on rental house in Arlington, Va | N |
| 2 | Sallie Mae Loan Corp. Wilkes Barre, PA | Student Loans | L |
| 3 | MBNA American Bank Wilmington, DE | Credit Card Loan for Education | L |

| | | | |
|---|---|---|---|
| 4 | Firstar Home Mortgage Owensboro, KY | Mortgage on Bowling Green Rental House | K |
| 5 | US Government Direct Loan Program | Student Loans | L |
| 6 | Bank One Wilmington, DE | Credit Card Loan | L |
| 7 | American Express Optima Chicago, IL | Credit Card Loan for Education | K |
| 8 | AES Student Loan Servicing Harrisburg, PA | Student Loan | K |
| 9 | Chase Wilmington, DE | Credit Card Loan | K |
| 10 | Discover Wilmington, DE | Credit Card Loan | K |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Boggs, Danny J. | 5/13/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 ½ interest in rental house, in Bowling Green, KY | B | Rent | K | Q | | | | | |
| 2 Bank One, Louisville, KY (checking account) | A | Int | L | T | | | | | |
| 3 House in Arlington, VA | E | Rent | O | V | | | | | |
| 4 Carriage house ▮▮▮▮▮▮ property, Louisville, KY | D | Rent | M | Q | | | | | |
| 5 IRA Account - Bank One, Louisville, KY | A | Int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| A Description of Assets (including trust assets) | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | | Amt. Code 1 (A-H) | Type (e.g. div., rent or int.) | Value Code 2 (J-P) | Value Method Code (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | A | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Boggs, Danny J. | 5/13/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Item VII, 1. The appraisal on this house in Bowling Green, KY was done in 2002.

Item VII, 3. The value of this house in Arlington, VA was based on a bona fide offer made in 2003.

Item VII, 4. Carriage house is part of a ████████████ property that is ███████ and is otherwise exempt from disclosure under page 34 of the instructions. I am reporting this asset value as a proportionate share of the value of the whole property, as we received income from renting the carriage house. The appraisal on this property was done in 2003.

Item VII, 5. Bank One IRA consists of shares of Standard & Poor Deposit Receipts and money market funds.

Item VII, 7. Prudential IRA consists of shares of Standard & Poor Deposit Receipts, Israel Bonds, and money market funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████  Date 5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544